Query    Reports    Utilities    Help    What's New    Log Out

SPADFORM,STANDARD,WMSPT

# United States District Court
# Middle District of Pennsylvania (Williamsport)
# CIVIL DOCKET FOR CASE #: 4:22-cv-01221-MWB

Jackson v. Vibrant Healthcare, LLC                    Date Filed: 08/05/2022
Assigned to: Chief Judge Matthew W. Brann          Jury Demand: Plaintiff
Demand: $5,000,000                                  Nature of Suit: 485 Telephone Consumer
Cause: 47:227 Restrictions of Use of Telephone Equipment    Protection Act (TCPA)
                                                    Jurisdiction: Federal Question

**Plaintiff**

**Gerard Jackson**                    represented by    **Anthony I Paronich**
*individually and on behalf of all others*              Broderick Law, P.C.
*similarly situated*                                    350 Lincoln Street
                                                        Suite 2400
                                                        Hingham, MA 02043
                                                        (508) 221-1510
                                                        Email: anthony@paronichlaw.com
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey M. Bower**
                                                        Bower Law Associates, PLLC
                                                        403 South Allen Street
                                                        Suite 210
                                                        State College, PA 16801
                                                        814-234-2626
                                                        Fax: 814-237-8700
                                                        Email: jbower@bower-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vibrant Healthcare, LLC**            represented by    **James K Jones**
                                                        Cunningham, Chernicoff & Warshawsky,
                                                        PC
                                                        2320 North Second Street
                                                        Harrisburg, PA 17110
                                                        717-238-6570
                                                        Email: jkj@cclawpc.com
                                                        *ATTORNEY TO BE NOTICED*

**Mark Stephen Thomas**
Thomas Health Law Group, PA
5200 SW 91st Terrace
Suite 101-B
Gainesville, FL 32608
352-372-9990
Fax: 855-629-7101
Email: mark@thomashlg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2022 | 1 | COMPLAINT against Vibrant Healthcare, LLC ( Filing fee $402, Receipt Number 6022257), filed by Gerard Jackson. (Attachments: # 1 Civil Cover Sheet)(nr) (Entered: 08/05/2022) |
| 08/05/2022 | 2 | Summons Issued as to Vibrant Healthcare, LLC and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e-mail and serve the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (nr) (Entered: 08/05/2022) |
| 08/08/2022 | | ADMISSION FORMS SENT to Attorney Anthony Paronich. (lg) (Entered: 08/08/2022) |
| 08/09/2022 | | DOCKET ANNOTATION: Attorney Paronich is directed to refile the petition for special admission using the proper Civil Event: Other Filings > Other Documents > Petition for Special Admission Pro Hac Vice. You will be prompted to pay the fee. Thereafter, doc 3 (incorrectly filed as a motion, and no fee paid) will be deleted. (lg) (Entered: 08/09/2022) |
| 08/09/2022 | 4 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Anthony I Paronich on behalf of Gerard Jackson Attorney Anthony Paronich is seeking special admission. Filing fee $ 50, receipt number APAMDC-6024283.. (Attachments: # 1 Exhibit(s) Signed Code of Conduct)(Paronich, Anthony) (Entered: 08/09/2022) |
| 08/09/2022 | 5 | SPECIAL ADMISSION FORM APPROVED as to Attorney Anthony Paronich. Signed by Chief Judge Matthew W. Brann on 8/9/2022. (lg) (Entered: 08/09/2022) |
| 08/09/2022 | 6 | Letter to Counsel Re: Case Assignment and Procedures. (See Letter for further details.) Signed by Chief Judge Matthew W. Brann on 8/9/2022. (jr) (Entered: 08/09/2022) |
| 08/15/2022 | 7 | SUMMONS Returned Executed by Gerard Jackson. Vibrant Healthcare, LLC served on 8/10/2022, answer due 8/31/2022. (Paronich, Anthony) (Entered: 08/15/2022) |
| 09/20/2022 | 8 | NOTICE of Appearance by James K Jones on behalf of Vibrant Healthcare, LLC (Attachments: # 1 Certificate of Service)(Jones, James) (Entered: 09/20/2022) |

| | | |
|---|---|---|
| 09/20/2022 | 9 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by James K Jones on behalf of Vibrant Healthcare, LLC Attorney Mark Thomas is seeking special admission. Filing fee $ 50, receipt number APAMDC-6064286.. (Jones, James) (Entered: 09/20/2022) |
| 09/20/2022 | 10 | SPECIAL ADMISSION FORM APPROVED as to Attorney Mark Thomas. Signed by Chief Judge Matthew W. Brann on 9/20/2022. (lg) (Entered: 09/20/2022) |
| 09/20/2022 | | DOCKET ANNOTATION: Attorney Mark Thomas is directed to register as an e-filer at his earliest opportunity; all participating attorneys are required to be e-filers unless they petition the Chief Judge for exemption. (lg) (Entered: 09/20/2022) |
| 10/04/2022 | 11 | ANSWER to 1 Complaint by Vibrant Healthcare, LLC.(Thomas, Mark) (Entered: 10/04/2022) |
| 10/19/2022 | 12 | SCHEDULING ORDER: Telephonic Initial Case Management Conference scheduled for 11/14/2022 at 4:30 PM before Chief Judge Matthew W. Brann. (See Order for further details.) Signed by Chief Judge Matthew W. Brann on 10/19/2022. (jr) (Entered: 10/19/2022) |
| 10/24/2022 | | DOCKET ANNOTATION: Attorney Paronich is directed to refile the Joint Case Management Plan using the proper Civil Event: Other Filings > Other Documents > Case Management Plan; thereafter, doc 13 (filed in correctly as REPORT of Rule 26(f) Planning Meeting) will be deleted. (jr) (Entered: 10/24/2022) |
| 10/24/2022 | 14 | CASE MANAGEMENT PLAN by Gerard Jackson. (Paronich, Anthony) (Entered: 10/24/2022) |
| 10/25/2022 | | DOCKET ANNOTATION: DOC #13 deleted. Refiled at DOC #14. (jr) (Entered: 10/25/2022) |
| 11/13/2022 | 15 | Corporate Disclosure Statement by Vibrant Healthcare, LLC. (Thomas, Mark) (Entered: 11/13/2022) |
| 11/16/2022 | 17 | ORDER - STANDARD CASE MANAGEMENT TRACK - Following an Initial Case Management conference, the following dates apply to this case: Discovery due by 07/03/2023. Dispositive Motions due by 09/05/2023. Plaintiff Expert Report is due by 12/05/2023. Defendant Expert Report is due by 01/05/2024. Expert Discovery Deadline is due by 01/19/2024. Pretrial Memos due by 02/16/2024. Final Pretrial Conference scheduled for 02/27/2024 in Chambers before Chief Judge Matthew W. Brann. Case placed on April 2024 trial term. (See Order for further details.) Signed by Chief Judge Matthew W. Brann on 11/16/2022. (ea) (Entered: 11/16/2022) |